1254

No. 83–6469. HASTINGS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6475. CASTELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6516. SCOBLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6617. POWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6626. COLLINS v. WESTERN ELECTRIC CO., INC. C. A. 7th Cir. Certiorari denied.

No. 83–6638. KOENIG v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–6641. WELLS v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6642. SANDERS v. FAIR, COMMISSIONER, MASSACHU- SETTS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–6645. PHILLIPS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–6648. RICHARDSON v. SHERIFF OF JOHNSTON COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6649. SLATER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6651. NAFF v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–6658. FARLEY v. SAUNDERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6724. WABBINGTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–6728. ALLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.